ASTRAZENECA LP, Aktiebolaget Draco, KBI Inc., and KBI–E Inc., Plaintiffs–Appellants,

v.

MYLAN PHARMACEUTICALS INC., Defendant–Appellee.

No. 2011–1506.

United States Court of Appeals, Federal Circuit.

April 9, 2012.

George F. Pappas, Covington & Burling LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were Jeffrey B. Elikan and Michelle L. Morin.

Nicole W. Stafford, Wilson Sonsini Goodrich & Rosati, of Austin, TX, argued for defendant-appellee. With her on the brief were Robert Delafield; David S. Steuer and Matthew A. Argenti, of Palo Alto, CA.

RADER, Chief Judge, PLAGER and LOURIE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.